**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10002 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00231-EJG |
| v. | |
| HUMBERTO MORAN-TORRES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Edward J. Garcia, District Judge, Presiding

Submitted June 18, 2013[**]

Before:     TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Humberto Moran-Torres appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for being a deported

alien found in the United States, in violation of 8 U.S.C. § 1326.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Moran-Torres's counsel has filed a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Moran-Torres has filed pro se supplemental opening and reply briefs, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**